IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEROME HALES, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 12-3495 |
| | : | |
| CHARLES FELL, | : | |
| *City of Chester Police Captain, in Both His Official and Individual Capacity*, et al. | : : : | |

## **ORDER**

AND NOW, this 23rd day of May, 2013, for the reasons set forth in the accompanying Memorandum, it is ORDERED Defendants Charles Fell and Timothy Garron's Motion for Summary Judgment (Document 24) is GRANTED as to Plaintiffs' federal claims (Count I) and state law assault and battery claims (Count IV).  Judgment on Counts I and IV of the Amended Complaint is entered in favor of Fell and Garron and against Plaintiffs.

It is further ORDERED John Doe Defendants 1 and 2 are DISMISSED.

It is further ORDERED, this Court having declined to exercise supplemental jurisdiction over Plaintiffs' remaining state law claims, Counts V through VIII of the Amended Complaint are DISMISSED without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:


 /s/ Juan R. Sánchez
Juan R. Sánchez